EARL WELLS, an Infant, by CLEMENTINE WELLS, his Guardian ad Litem, v. MOTHERS FRIEND WET WASH LAUNDRY CO., INC., et al.— Motion for leave to appeal to the Court of Appeals denied. [See 267 App. Div. 984.] Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

CITY OF NEW YORK v. THIRD AVENUE RAILWAY COMPANY et al.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. [See *ante*, p. 757.] Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

JAMES A. TROWBRIDGE, JR., et al., as Surviving Trustees, v. JAMES A. TROW-BRIDGE, JR., et al.; FIRST-STAMFORD NATIONAL BANK AND TRUST COMPANY OF STAMFORD, CONNECTICUT, as Administrator, etc., and JAMES A. TROWBRIDGE, JR., et al., as Surviving Trustees, v. FIRST-STAMFORD NATIONAL BANK AND TRUST COMPANY OF STAMFORD, CONNECTICUT, as Administrator, etc., et al.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. [See *ante*, p. 768.] Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

ABRAHAM S. GREENHOUSE v. WILLIAM SACKLOW.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. [See *ante*, p. 761.] Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.

In the Matter of 42ND ST. FOTO SHOP, INC., et al., against NEW YORK STATE LABOR RELATIONS BOARD.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. [See *ante*, p. 759.] Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

In the Matter of FRED NOCHINSON against LEWIS J. VALENTINE, as Commissioner of the Police Department of the City of New York, et al.— Motion for leave to appeal to the court of Appeals or for a reargument denied, with ten dollars costs. [See *ante*, p. 760.] Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.

ROSE LEEDS v. MAX K. LEEDS.— Motion for leave to appeal to the Court of Appeals or for a reargument denied. [See *ante*, p. 760.] Present — Martin, P. J., Townley, Untermyer and Dore, JJ.

MARY E. LEE v. GUARDIAN LIFE INSURANCE COMPANY OF AMERICA.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. [See 267 App. Div. 985.] Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

GERTRUDE E. SEMON v. RANDOLPH A. SEMON. WILLIAM J. RAPP.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. [See *ante*, p. 753.] Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

GEORGE B. LORIMER v. NEWS SYNDICATE CO., INC.— Motion for leave to appeal to the Court of Appeals or for a reargument, or to resettle order of this court entered on the 28th day of June, 1944 [*ante*, p. 128], denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.